UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Brian Quezada, Ariel Quezada and Jorge Soto,<br><br>Plaintiffs,<br><br>vs.<br><br>Craig Buckwalter and Dragonfly Pond Works, LLC<br><br>Defendants. | Case No. 7:26-cv-00618-DCC<br><br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |

COME NOW T. McRoy Shelley, III and Seth T. McDaniel of the law firm Rogers Townsend, LLC, to enter an appearance in the above captioned matter on behalf of Defendants Criag Buckwalter and Dragonfly Pond Works, LLC.


**ROGERS TOWNSEND, LLC**

*s/ Roy Shelley*

_____
T. McRoy Shelley, III, USDC# 006681
Seth T. McDaniel, USDC#
Post Office Box 100200
Columbia, South Carolina 29202-3200
Direct: (803) 744-1818
Roy.shelley@rogerstownsend.com
Seth.mcdaniel@rogerstownsend.com


*Attorneys for Defendants*

Columbia, South Carolina
April 13, 2026