UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Brian Quezada, Ariel Quezada and Jorge Soto,<br><br>Plaintiffs,<br>vs.<br><br>Craig Buckwalter and Dragonfly Pond Works, LLC<br><br>Defendants. | Case No. 7:26-cv-00618-DCC<br><br><br>**ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES OF DEFENDANTS CRAIG BUCKWALTER AND DRAGONFLY POND WORKS, LLC.** |

Defendants Craig Buckwalter and Dragonfly Pond Works, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby respond to Local Rule 26.01 Interrogatories as follows:

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:    None known at this time. (other than subrogation interests of Plaintiffs' private health insurance).**

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:    This action presents legal claims triable to a jury as Plaintiffs seek money damages from these Defendants under causes of action for negligence. Defendants request a jury trial on all causes of action asserted by Plaintiff.**

(C)    State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a

parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:     Dragonfly is not a publicly owned company.**

> **(1) None.**
>
> **(2) None.**
>
> **(3) None.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     No challenge.**

(E)     Is this action related in whole or part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:     No.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:     Defendants are properly identified.**

1814778

- 3 -

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:     Defendants make no such contention at this time but reserve the right to supplement this response as discovery continues.**

(H)     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:     Defendant Craig Buckwalter is a citizen and resident of the State of South Carolina.**

**Dragonfly Pond Works, LLC is a limited liability company organized under the laws of the State of Delaware. Dragonfly Pond Works, LLC is wholly owned and member-managed by Dragonfly Intermediate II, LLC, which is also a limited liability company organized under the laws of the state of Delaware. Dragonfly Pond Works, LLC, and its counsel are currently still obtaining citizenship information of the owners of Dragonfly Pond Works, LLC, and will supplement this Answer when the information is received.**

**ROGERS TOWNSEND, LLC**

*s/ Roy Shelley*

T. McRoy Shelley, III, USDC # 006681
Seth T. McDaniel, USDC # 12689
Post Office Box 100200
Columbia, South Carolina 29202-3200

- 3 -

1814778

- 4 -

Direct: (803) 744-1818
Roy.Shelley@rogerstownsend.com
Seth.McDaniel@rogerstownsend.com

***Attorneys for Defendants***

Columbia, South Carolina
Date: <u>April 13, 2026</u>

- 4 -

1814778