IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

Brian Quezada, et al

   Plaintiff(s),

v.

   Craig Buckwalter, et al



   Defendant(s),

Case No. **7:26-cv-00618-DCC**

ORDER SETTING PRETRIAL TELEPHONE
CONFERENCE

In this action, the Court wishes to conduct a telephone conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure.  In light of the case assignment to the Honorable Donald C. Coggins, Jr., the Court will conduct the Rule 16 telephone conference on **July 14, 2026** at **11:00 A.M.** Matters to be taken up at the telephone conference will include all those items identified in Rule 16(a) and (c).

The attorneys of record shall themselves conduct a conference pursuant to Rule 26(f) no later than 14 days prior to the Rule 16 telephone conference and shall attend the Rule 16 telephone conference prepared to provide the Court with an <u>oral</u> Rule 26(f) report that will assist the Court in formulating a scheduling order.[1]  Plaintiff's counsel is directed to arrange and initiate the conference call, conference in all other participating counsel, and then connect to chambers at 864-591-5340.

At the conclusion of the telephone conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.
   IT IS SO ORDERED

June 11, 2026
Spartanburg, South Carolina

s/Donald C. Coggins, Jr.
Donald C. Coggins, Jr.
United States District Judge

---

[1] It should be noted that this Court's practice of meeting with the attorneys <u>in person</u> and receiving an <u>oral</u> Rule 26(f) report may not be consistent with the practice of other judges in this district.  Because of the procedures outlined in this order, there is no need for the parties to file a written Rule 26(f) report, as required by other judges in the district.