**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| BRIAN QUEZADA, ARIEL QUEZADA, and JORGE SOTO, | Case No. 7:26-cv-00618-DCC |
| *Plaintiff,* | |
| v. | |
| CRAIG BUCKWALTER and DRAGONFLY POND WORKS, LLC. | JOINT LOCAL RULE 26.03 REPORT |
| *Defendants.* | |

The parties jointly submit the following report pursuant to Local Rule 26.03:

(1)     A short statement of the facts of the case.

**RESPONSE:**

**This case involves a motor vehicle collision that occurred on November 11, 2025 on I-85 in Spartanburg County, South Carolina. Defendant Buckwalter, while operating a truck and under dispatch from Defendant Dragonfly, struck the rear of the vehicle in front of him, which has been alleged to have caused a multi-car collision. Plaintiffs allege they sustained injuries and damages in the collision.**

(2)     The names of the fact witnesses likely to be called by the party and a brief summary of their expected testimony.

**RESPONSE:**

1.  **Brian Quezada**
    **4195 E hall Rd**
    **Gainesville, GA 30507**

    **Mr. Quezada is a Plaintiff in this case, and he is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident and his alleged injuries and damages.**

2.  **Ariel Quezada**
    **4195 E hall Rd**
    **Gainesville, GA 30507**

    **Mr. Quezada is a Plaintiff in this case, and he is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident and his alleged injuries and damages.**

3. **Jorge Soto**
   **4195 E hall Rd**
   **Gainesville, GA 30507**

   **Mr. Soto is a Plaintiff in this case, and he is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident and his alleged injuries and damages.**

4. **Kory Weldon Scholl**
   **199 Front St**
   **Cramerton, NC 28032**

   **Mr. Scholl was the driver operating vehicle #2. He is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident.**

5. **Nikolay Palovich Masalyka**
   **325 La Novia CT**
   **Boiling Springs, SC 29316**

   **Mr. School was the driver operating vehicle #5. He is expected to testify as to his knowledge regarding the facts and circumstances surrounding the accident.**

6. **Olivia Joyce Clark**
   **13205 Yellow Jasmine Drive**
   **Simpsonville, SC 29681**

   **Ms. Clark was the driver operating vehicle #6. She is expected to testify as to her knowledge regarding the facts and circumstances surrounding the accident.**

7. **Craig Buckwalter**
   **5521 Locust Hill Road**
   **Travelers Rest, SC 29690**

   **Mr. Buckwalter was driving a truck and was under dispatch from Defendant Dragonfly, and he is expected to testify as to his knowledge of the facts and circumstances surrounding the accident and any knowledge he may possess regarding the Plaintiff's alleged injuries and damages.**

8. **A representative of Defendant Dragonfly Pond Works, LLC**
   **512 Nowell Road**
   **Raleigh, NC 27607**

   **Dragonfly Pond Works, LLC is the Defendant in this case, and a representative is expected to testify as to any knowledge of the facts and circumstances surrounding the accident and any knowledge he/she may possess regarding the Plaintiff's alleged injuries and damages.**

**9. Investigating officer**

**The investigating officer for this accident would be expected to testify as to his/her investigation.**

**Each party reserves the right to call any witnesses named by the Plaintiff and Defendant to this action. Further, the parties will supplement these disclosures upon receipt of additional information concerning potential witnesses.**

(3)     The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).

**RESPONSE:**

**The parties have not retained experts at this time.  The parties may call experts in the fields of accident reconstruction or human factors to address liability for the accident and/or medical professionals to testify regarding the cause and extent of the Plaintiff's injuries.**

(4)     A summary of the claims or defenses with statutory and / or case citations supporting same.

**RESPONSE:**

**The Plaintiffs have filed a personal injury negligence action against the Defendants for this motor vehicle accident.  The Complaint also requests punitive damages.**

**The Defendant's Answer raises a general denial and affirmative defenses of comparative negligence and common law and statutory caps on punitive damages.**

(5)     Absent special instructions from the assigned Judge, the parties shall propose dates for the following deadlines listed in local Civil Rule 16.02.

**RESPONSE:**

**The Court held a conference on July 14, 2026 with counsel for all parties. Counsel advised they were hopeful of reaching a settlement of all claims. The Court instructed the parties to work on settlement and if settlement could not be reached, another scheduling conference would be set.**

(6)     The parties shall inform the Court whether there are any special circumstances which would affect the time frames applied in preparing the scheduling order.   See General Local Civil Rule 16.02(C) (Content of Scheduling Order)

**RESPONSE:**

**The parties requested four additional months on the scheduling order due to the number of plaintiffs, Plaintiffs' significant medical treatment, and the large amount of resulting records and bills, much of which occurred outside South Carolina.**

3

(7)    The parties shall provide any additional information requested in the Pre-Scheduling Order (Local Civil Rule 16.01) or otherwise requested by the assigned judge.

**RESPONSE:**

**Not applicable.**

/s/ James G. Biggart
James G. Biggart, II, Esquire (Fed. Bar 14195)
Morgan & Morgan, PA
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jbiggart@forthepeople.com
(843) 973-5186
*Attorney for Plaintiff*

/s/ Seth T. McDaniel
T. McRoy Shelley, III (Fed. Bar 006681
Seth T. McDaniel (Fed. Bar 12689)
Rogers Townsend, LLC
P.O. Box 100200
Columbia, SC 29202-3200
Roy.shelley@rogerstownsend.com
Seth.mcdaniel@rogerstownsend.com
(803) 744-1818
*Attorneys for Defendants*

Dated:     7/27/2026