**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **BRIAN QUEZADA, ARIEL QUEZADA And JORGE SOTO**<br><br>Plaintiff,<br>vs.<br><br>**CRAIG BUCKWALTER and DRAGONFLY POND WORKS, LLC.,**<br><br>Defendants. | Case No: 7:26-cv-00618<br><br>**JOINT STATUS REPORT** |

This report is being submitted upon request by the Court for a Joint Status Report.

Discovery Progress

At this time, the parties are engaged in the discovery process. Written discovery has been exchanged and dates have been exchanged in early January 2027 for the depositions of two of the plaintiffs, Brian Quezada and Jorge Soto, and the Defendant. Defendants are awaiting the receipt of prior medical records from subpoena prior to taking the deposition of the third plaintiff, Ariel Quezada.

The parties have discussed tentative mediation dates for early February 2027. At this time, there are no pending motions of any kind by either side. Counsel is available for a hearing to further discuss these matters, if necessary.

Respectfully submitted,

*/s/ James G. Biggart, II*
James G. Biggart, II, Esquire (Fed. Bar 14195)
Morgan & Morgan, PA
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jbiggart@forthepeople.com
(843) 973-5186
*Attorney for Plaintiff*

*/s/ Seth T. McDaniel*
T. McRoy Shelley, III (Fed. Bar 006681)
Seth T. McDaniel (Fed. Bar 12689)
Rogers Townsend, LLC
P.O. Box 100200
Columbia, SC 29202-3200
Roy.shelley@rogerstownsend.com
Seth.mcdaniel@rogerstownsend.com
(803) 744-1818
*Attorneys for Defendants*

Dated: November 20, 2026
Charleston, South Carolina