**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **BRIAN QUEZADA, ARIEL QUEZADA And JORGE SOTO**<br><br>Plaintiff,<br>vs.<br><br>**CRAIG BUCKWALTER and DRAGONFLY POND WORKS, LLC.,**<br><br>Defendants. | Case No: 7:26-cv-00618<br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

COMES NOW, Defendants Craig Buckwalter and Dragonfly Pond Works, LLC, with the agreement and consent of Plaintiffs Brian Quezada, Ariel Quezada, and Jorge Soto, by and through their undersigned counsel, and respectfully requests the Court for leave to amend the Court's June 11, 2026 Scheduling Order for good cause pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure. The parties would show:

1) During a conference held on July 14, 2026, between the parties and the Court, the parties requested that the scheduling order be amended to extend all deadlines by 120 days.

2) Due to a regrettable oversight, the Amended Scheduling Order reflecting this change was not timely filed as requested by the Court.

3) The parties have been working diligently on the case and are engaged in the discovery process, with written discovery having been exchanged and tentative dates exchanged for both party depositions and mediation.

4) Plaintiffs have alleged significant injuries stemming from this accident and have engaged in extensive treatment, with one Plaintiff having undergone several surgeries allegedly linked to injuries sustained in the accident.

5) Counsel for Defendants is in the process of gathering all of Plaintiffs' relevant medical bills, records, and imaging through subpoena.

6) To give the parties time to complete all discovery, take depositions, identify any possible experts, and participate in mediation, the parties now respectfully request that the scheduling order be amended to extend all deadlines by 150 days, as reflected in the proposed Amended Scheduling Order and in the chart below:

| **Task** | **Current Deadline** | **Requested Extension** | **New Deadline** |
|---|---|---|---|
| Motions to Join other parties and/or amend pleadings | August 25, 2026 | 150 days | January 22, 2027 |
| Plaintiffs' Expert Disclosures | September 21, 2026 | 150 days | February 18, 2027 |
| Defendants' Expert Disclosures | October 19, 2026 | 150 days | March 18, 2027 |
| Affidavits of Records Custodians | November 9, 2026 | 150 days | April 8, 2027 |
| Discovery Completion | December 8, 2026 | 150 days | May 7, 2027 |
| Dispositive Motions | December 22, 2026 | 150 days | May 21, 2027 |
| Mediation | January 5, 2027 | 150 days | June 4, 2027 |
| Pre-Trial Disclosures | February 16, 2027 | 150 days | July 16, 2027 |
| Motions in Limine | February 8, 2027 | 150 days | July 8, 2027 |
| Trial not before date | March 8, 2027 | 150 days | August 5, 2027 |

7) The parties believe such time should be sufficient to gather all necessary discovery, participate in mediation, and prepare the case for trial.

8) The parties in this case have been working together diligently and this request is not made for the purposes of inappropriate delay.

Accordingly, the parties respectfully request that the Court amend and extend the deadlines in the existing Scheduling Order by 150 days, as reflected in the attached proposed Amended Scheduling Order.

Respectfully submitted,

*/s/ James G. Biggart, II*
James G. Biggart, II, Esquire (Fed. Bar 14195)
Morgan & Morgan, PA
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
jbiggart@forthepeople.com
(843) 973-5186
*Attorney for Plaintiff*

*/s/ Seth T. McDaniel*
T. McRoy Shelley, III (Fed. Bar 006681)
Seth T. McDaniel (Fed. Bar 12689)
Rogers Townsend, LLC
P.O. Box 100200
Columbia, SC 29202-3200
Roy.shelley@rogerstownsend.com
Seth.mcdaniel@rogerstownsend.com
(803) 744-1818
*Attorneys for Defendants*

Dated: November 20, 2026
Charleston, South Carolina